BENJAMIN B. WAGNER
United States Attorney
SYLVIA A. QUAST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2740

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEMEHUEVI INDIAN TRIBE, <br><br> Plaintiff, <br><br> v. <br><br> KEN SALAZAR; BOB ABBEY; <br> JIM ABBOTT; AND DEBRA McBRIDE, <br><br> Defendants. | Case No. 2:10-CV-00623-LKK-EFB <br><br> **STIPULATION TO EXTEND DATES AND REQUESTING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE AND PROPOSED ORDER** |

The parties, through their undersigned counsel, stipulate as follows:

1. Pursuant to Local Rule 270, the parties have affirmatively requested that Magistrate Judge Edmund F. Brennan, the assigned magistrate judge in this case, participate in a settlement conference on May 27, 2010, at 10 a.m., in chambers regarding the final form and content of the Trust Patent for the Chemehuevi Indian Reservation ("Patent") at issue in this case, and agree to attend such conference. They will submit settlement conference statements to chambers seven days in advance of the conference; those settlement conference statements may be submitted confidentially in compliance with Local Rule 270(d). Counsel shall be accompanied in person by a person capable of disposition, or shall be fully authorized to settle the matter at the settlement conference on any terms. The parties waive any claims of disqualification of Magistrate Judge Brennan based on his participation in such a conference.

2.      Although Defendants were planning to issue the Patent on or about April 16, 2010, they will forebear from doing so until thirty days after the settlement conference referred to in Paragraph 1.

3.      Defendants' response to Plaintiff Chemehuevi Indian Tribe's complaint shall be due thirty days after the settlement conference referred to in Paragraph 1.

DATED: April 16, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney

                                  By:    /s/ Sylvia Quast
                                         SYLVIA QUAST
                                         Assistant U.S. Attorney
                                         Attorney for Defendants


DATED: April 16, 2010                    RAPPORT AND MARSTON

                                  By:    /s Lester J. Marston
                                         LESTER J. MARSTON
                                         Attorneys for Plaintiff


**ORDER**

Having read the foregoing stipulation and good cause appearing therefor,

1. The parties are ordered to participate in a settlement conference before Magistrate Judge Edmund F. Brennan on May 27, 2010, at 10 a.m.  They shall submit settlement conference statements to chambers seven days in advance of the conference; those settlement conference statements may be submitted confidentially in compliance with Local Rule 270(d).  Counsel shall be accompanied in person by a person capable of disposition, or shall be fully authorized to settle the matter at the settlement conference on any terms.

2. Defendants' response to Plaintiff Chemehuevi Indian Tribe's complaint shall be due thirty days after the settlement conference referred to in Paragraph 1.

1      3.   The Status (Pretrial Scheduling) Conference currently set for May 17, 2010, at 3:00
2 P.M., shall be continued to July 19, 2010 at 10:00 a.m.
3      IT IS SO ORDERED.

5 Date:   April 20, 2010.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```