IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHEMEHUEVI INDIAN TRIBE,

        Plaintiff,

        vs.

KEN SALAZAR, Secretary of the Interior; BOB ABBEY, Director, Bureau of Land Management; JIM ABBOTT, Acting State Director and Associate State Director, California Bureau of Land Management; and DEBRA McBRIDE, Acting Western Regional Director, Bureau of Indian Affairs,

        Defendants.

        No. CIV S-10-0623 LKK EFB

<u>ORDER RE SETTLEMENT & DISPOSITION</u>

        Pursuant to stipulation of the parties, the undersigned conducted an early Settlement Conference in Chambers on May 27, 2010. The parties have reached a full and final settlement of this action. Although the full terms of the settlement will be set forth in a written settlement agreement, the settlement encompasses an agreement to issue a patent by a date certain and to modify the first page of the patent to encompass the handwritten changes shown on the attached exhibit A.

////

////

1

The court now orders that dispositional documents are to be filed not later than July 8, 2010.

All hearing dates set in this matter are **VACATED.**

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: May 27, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

# Exhibit A



REVISED DRAFT OF 31 MAR 2010

Whereas, there has been deposited in the Bureau of Land Management an order of the Secretary of the Interior dated February 2, 1907, withdrawing from settlement and entry the following described land:

San Bernardino Meridian, California

Fractional townships T. 4 N., R. 25 E., T. 4 N, R. 26 E., T. 5 N., R. 25 E., T. 6 N., R. 25 E., the E/2 of T. 5 N., R. 24 E., and secs. 25, 26, 35, and 36 of T. 6 N., R. 24 E.

and

Whereas, an Order of the Authorized Officer of the Bureau of Indian Affairs is now deposited in the Bureau of Land Management, directing that, pursuant to the Act of January 12, 1891 (26 Stat. 712), as amended by the Act of March 1, 1907 (34 Stat. 1015), and other acts, a trust patent issue to the Chemehuevi Tribe of Mission Indians ("Tribe") for the above described lands excluding the following ~~valid existing rights, and reasonable access thereto:~~ lands and subject to any existing valid rights associated therewith:

1. Those lands contained in Havasu National Wildlife Refuge, as depicted on the Bureau of Land Management Survey accepted November 12, 2002.
2. Those lands contained in Railroad Patent 543283, sec. 1, T. 5 N., R. 24 E.
3. Those lands granted to the State of California as school sections on July 10, 1895, located in sec. 36, T. 4 N., R. 25 E., and sec. 36, T. 5 N., R. 24 E.
4. Those lands taken by the United States, according to the Secretary of the Interior's designation (as amended) pursuant to P.L. 76-730, 54 Stat. 744.
5. ~~Rights-of-Way under Revised Statute 2477 of 1866, if any.~~

The above described lands ~~being conveyed~~ owned in trust are also described as:

San Bernardino Meridian, California

T. 5 N., R. 24 E.,
  sec. 1, SE 1/4;
  sec. 2, all;
  sec. 3, all;
  secs. 10 through 15, inclusive
  secs. 22 through 27, inclusive;
  sec. 34, all;
  sec. 35, all.

Containing 10,283.45 acres

This patent does not create access rights across any lands owned in trust for the Tribe described in this patent or alter or change in any way whatever, access rights that may or may not ~~access~~ exist.